FILED
APR 0 5 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JULIO CESAR IBANEZ-ALMAZAN,<br><br>                Defendant. | Case No. 21-cr-549-AJB<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case against defendant JULIO CESAR IBANEZ-ALMAZAN be dismissed without prejudice.

IT IS SO ORDERED.

DATED: April 5, 2021.

_____
HONORABLE ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE